```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 39662
    JASON M BENJAMIN
    STACEY BENJAMIN                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-1566      SSN XXX-XX-5908

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/26/04 and confirmed on 02/03/05.

    2.  The case was dismissed after confirmation, 08/17/2007.

    3.  The Debtor paid a total of $ 32838.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE  NOTICE ONLY     NOT FILED            .00             .00
CHASE MANHATTAN AUTOMOTI  SECURED           2705.00         193.10         2705.00
FORD MOTOR CREDIT CO      SECURED           9075.00         647.72         9075.00
GMAC/HOMECOMINGS          NOTICE ONLY     NOT FILED            .00             .00
GMAC/HOMECOMINGS          CURRENT MORTG        .00             .00             .00
GMAC/HOMECOMINGS          MORTGAGE ARRE     3843.36            .00         3843.36
OCWEN LOAN SVCG           SECURED              .00             .00             .00
OCWEN LOAN SVCG           MORTGAGE ARRE     1764.25            .00         1764.25
KENDALL RIDGE HOMEOWNERS  SECURED           1000.00            .00         1000.00
KOVITZ SHIFRIN NESBIT     NOTICE ONLY     NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED         6029.06            .00         1150.59
RESURGENT CAPITAL SERVIC  UNSECURED         9273.89            .00         1769.82
PORTFOLIO RECOVERY ASSOC  UNSECURED         6735.07            .00         1285.32
EDUCATIONAL COMPUTER SYS  UNSECURED         2690.38            .00          513.43
ILLINOIS STUDENT ASSIST   UNSECURED        21104.99            .00         4027.68
UNITED STUDENT AID FUNDS  UNSECURED         2310.04            .00          440.85
WEST SUBURBAN BANK        UNSECURED          833.96            .00          159.16
FORD MOTOR CREDIT CO      UNSECURED         2722.49            .00          519.55
CHASE MANHATTAN AUTOMOTI  UNSECURED           50.00            .00            9.53

CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18387.61       .00      51749.88         .00        70137.49
PRINCIPAL PAID      18387.61       .00       9875.93         .00        28263.54
INTEREST PAID         840.82       .00           .00         .00          840.82
TOTAL PAID          19228.43       .00       9875.93         .00        29104.36
```

The Debtor's attorney, RICHARD S BASS                , was allowed $   2700.00 and was paid $     400.00   direct and $    2300.00   through the plan.

The Trustee received $   1433.64 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 04 B 39662 JASON M BENJAMIN & STACEY BENJAMIN